UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Demetrius H Lopez<br>    Luz N Lopez<br>          Debtor(s) | Case No. 10 B 30199 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2010.

2) The plan was confirmed on 09/20/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/20/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Completed on 04/10/2014.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 47.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $79,105.84.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $41,188.96 |
| Less amount refunded to debtor | $1,542.68 |
| **NET RECEIPTS:** | **$39,646.28** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,514.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,813.46 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,327.46** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate Christ Medical Center | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Ameren Illinois | Unsecured | 241.00 | 240.64 | 240.64 | 240.64 | 0.00 |
| Ameren Illinois | Unsecured | 120.00 | 121.92 | 121.92 | 121.92 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,046.00 | 702.45 | 702.45 | 702.45 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 1,646.94 | 1,646.94 | 1,646.94 | 0.00 |
| Asset Acceptance | Unsecured | 189.00 | 189.00 | 189.00 | 189.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 523.67 | 523.67 | 523.67 | 0.00 |
| Asset Acceptance | Unsecured | 911.00 | 282.93 | 282.93 | 282.93 | 0.00 |
| Bally Total Fitness | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Business Service Bureau | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 2,009.00 | NA | NA | 0.00 | 0.00 |
| Children's Memorial Hospital | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Christ Hospital | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Citi Cards | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Columbia College | Unsecured | 696.00 | 696.15 | 696.15 | 696.15 | 0.00 |
| Dakota State Bank | Unsecured | 2,625.00 | NA | NA | 0.00 | 0.00 |
| Dell Business Credit | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 1,196.49 | 1,196.49 | 1,196.49 | 0.00 |
| ERS | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing LLC | Unsecured | 531.00 | 531.72 | 531.72 | 531.72 | 0.00 |
| I C Systems Inc | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 1,916.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Public Aid | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Power | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 25,351.00 | 25,003.87 | 25,003.87 | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Limited Express | Unsecured | 697.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 737.00 | 737.60 | 737.60 | 737.60 | 0.00 |
| Midland Funding LLC | Unsecured | 769.00 | 1,506.79 | 1,506.79 | 1,506.79 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| National Recovery Agency | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 11,244.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| OSI Recovery Solutions | Unsecured | 36.15 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,160.00 | 1,177.46 | 1,177.46 | 1,177.46 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,003.00 | 539.41 | 539.41 | 539.41 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 407.00 | 407.07 | 407.07 | 407.07 | 0.00 |
| Robert Morris College | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | NA | 313.61 | 313.61 | 313.61 | 0.00 |
| Santander Consumer USA | Secured | 12,394.00 | 12,707.61 | 12,394.00 | 12,394.00 | 517.01 |
| TCF Bank | Unsecured | 222.54 | NA | NA | 0.00 | 0.00 |
| United Mortgage Group | Unsecured | 1,215.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 1,730.00 | 2,960.28 | 2,960.28 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 9,968.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 9,968.00 | 7,750.00 | 7,750.00 | 7,750.00 | 490.55 |
| Wells Fargo Bank NA | Unsecured | NA | 2,353.41 | 2,353.41 | 2,353.41 | 0.00 |
| Woman Work Out World | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $20,144.00 | $20,144.00 | $1,007.56 |
| **TOTAL SECURED:** | **$20,144.00** | **$20,144.00** | **$1,007.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,131.41** | **$13,167.26** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,327.46 |
| Disbursements to Creditors | $34,318.82 |
| **TOTAL DISBURSEMENTS:** | **$39,646.28** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2014             By: /s/ Marilyn O. Marshall
                                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**